**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1317**

PAULA A. POWELL,

              Plaintiff – Appellant,

        v.

FF ACQUISITION, LLC,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:11-cv-00305-RBS-FBS)

Submitted:  July 27, 2012          Decided:  August 16, 2012

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paula A. Powell, Appellant Pro Se.  Thomas Michael Lucas, Michael Bradley Steele, JACKSON LEWIS, LLP, Norfolk, Virginia; John Michael Remy, JACKSON LEWIS, LLP, Reston, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paula A. Powell appeals the district court's order granting Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Powell v. FF Acquisition, LLC, No. 2:11-cv-00305-RBS-FBS (E.D. Va. Feb. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2